# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0208–1 | User: fferguson | Date Created: 6/25/2012 |
| Case: 12–12691–brl | Form ID: b9a | Total: 48 |

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

db        Gioia F Calisi        1871 Matthew Avenue        Bronx, NY 10462
ust       United States Trustee        33 Whitehall Street        21st Floor        New York, NY 10004
tr        Robert L. Geltzer        The Law Offices of Robert L. Geltzer        1556 Third Avenue        Suite 505        New York, NY 10128
aty       David J. Babel        2525 Eastchester Road        Bronx, NY 10469
smg       New York State Tax Commission        Bankruptcy/Special Procedures Section        P.O. Box 5300        Albany, NY 12205–0300
smg       United States Attorney's Office        Southern District of New York        Attention: Tax &Bankruptcy Unit        86 Chambers Street, Third Floor        New York, NY 10007
smg       N.Y. State Unemployment Insurance Fund        P.O. Box 551        Albany, NY 12201–0551
smg       New York City Dept. Of Finance        345 Adams Street, 3rd Floor        Attn: Legal Affairs – Devora Cohn        Brooklyn, NY 11201–3719
5889107   AES/ NATIONAL COLLEGIATE        PO BOX 2641        HARRISBURG, PA 17105
5889108   AMERICAN EXPRESS        CUSTOMER SERVICE        PO BOX 981535        EL PASO, TX 79998
5889109   AMERICAN EXPRESS        CUSTOMER SERVICE        PO BOX 981540        EL PASO, TX 79998
5889110   BANK OF AMERICA        PO BOX 15026        WILMINGTON, DE19886
5889111   BANK OF AMERICA        RETAIL LOAN SERVICES        P.O. BOX 2759        JACKSONVILLE, FL 32203
5889112   CAPITAL ONE BANK        P.O. BOX 30285        SALT LAKE CITY, UT 84130
5889113   CAPITAL ONE SERVICES, INC.        1957 WESTMORELAND ROAD        RICHMOND, VA 23276
5889114   CHASE        800 BROOKSEDGE BLVD.        WESTERVILLE, OH 43081
5889115   CHASE        PO BOX 15298        WILMINGTON, DE 19850
5889116   CHASE MANHATTAN BANK        900 STEWART AVENUE        GARDEN CITY, NY 11530
5889117   CITIBANK        1000 TECHNOLOGY DR        O FALLON, MO 63368
5889118   CITIBANK        701 E. 60TH STREET N.        SIOUX FALLS, SD 57104
5889119   CITIBANK        PO BOX 6241        SIOUX FALLS, SD 57117
5889122   CITIBANK        PO BOX 6248        SIOUX FALLS, SD 57117
5889120   CITIBANK        PO BOX 6500        SIOUX FALLS, SD 57117
5889123   CITIBANK        PO BOX 769004        SAN ANTONIO, TX 78245
5889121   CITIBANK        PO BOX 769006        SAN ANTONIO, TX 782445
5889124   CITIBANK BANKRUPTCY        7920 NW 110TH STREET        KANSAS CITY, MO 64153
5889125   CITIBANK CHECKING PLUS        US SERVICE CENTER        PO BOX 790114        ST. LOUIS, MO 63179
5889126   DISCOVER CARD        PO BOX 30943        SALT LAKE CITY, UT 84130
5889127   DISCOVER FINANCIAL SERV.        ATTN: BANKRUPTCY DEPT.        PO BOX 8003        HILLIARD, OH 43026
5889128   EXXONMOBILCITIBANK        PO BOX 6497        SIOUX FALLS, SD 57117
5889129   GE MONEY BANK        BANKRUPTCY DEPT.        PO BOX 10314        ROSWELL, GA 30076
5889130   GE MONEY BANK        BANKRUPTCY DEPT.        PO BOX 10314        ROSWELL, GA 30076
5889131   GE MONEY BANK        PO BOX 981127        EL PASO, TX 79998
5889132   GE MONEY BANK / GAP DC        PO BOX 965005        ORLANDO, FL 32896
5889133   GECRB/ PC RICHARD        C/O PO BOX 965306        ORLANDO, FL 32896
5889134   HSBC        CARD SERVICES.        PO BOX 81622        SALINAS, CA 93912
5889135   HSBC BANK        PO BOX 5268        CAROL STREAM IL 60197
5889136   HSBC NEVADA        PO BOX 5253        CAROL STREAMS, IL 60197
5889137   JP MORGANCHASELEGAL        1985 MARCUS AVENUE        NEW HYDE PARK, NY 11042
5889138   MACYS        9111 DUKE BLVD.        MASON, OH 45040
5889139   MOBIL        PO BOX 103141        ROSWELL, GA 30076
5889140   NISSAN MOTOR ACCEPTANCE CORP.        PO BOX 660360        DALLAS, TX 75266
5889141   PC RICHARDS        GE MONEY BANK        PO BOX 981438        EL PASO, TX 79998
5889142   SALLIEMAE SERVICING        PO BOX 9500        WILKES–BARRE, PA 18773
5889143   SEARS ROEBUCK &CO.        PO BOX 6283        SIOUX FALLS, SD 57117
5889144   SHELL CREDIT CARD CNTR        PO BOX 689151        DES MOINES, IA 50368
5889145   SHELL/CITIBANK SD        PO BOX 6497        SIOUX FALLS, SD 57117
5889146   WFNNB        BANKRUPTCY DEPARTMENT        PO BOX 182125        COLUMBUS, OH 43218

TOTAL: 48