# Notice Recipients

District/Off: 0208−1        User: mlopez            Date Created: 9/25/2012
Case: 12−12691−brl          Form ID: b18            Total: 44

**Recipients of Notice of Electronic Filing:**
aty      David J. Babel      davidjbabel@babelslaw.com, ECF@babelslaw.com, jeannine@gochelaw.com, steve@babelslaw.com, nico@babelslaw.com, bkecf_babel@bkexpress.info

TOTAL: 1

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
| | | | | |
|---|---|---|---|---|
| db | Gioia F Calisi | 1871 Matthew Avenue | Bronx, NY 10462 | |
| ust | United States Trustee | 33 Whitehall Street | 21st Floor | New York, NY 10004 |
| tr | Robert L. Geltzer | The Law Offices of Robert L. Geltzer | 1556 Third Avenue | Suite 505   New York, NY 10128 |
| 5889107 | AES/ NATIONAL COLLEGIATE | PO BOX 2641 | HARRISBURG, PA 17105 | |
| 5889108 | AMERICAN EXPRESS | CUSTOMER SERVICE | PO BOX 981535 | EL PASO, TX 79998 |
| 5889109 | AMERICAN EXPRESS | CUSTOMER SERVICE | PO BOX 981540 | EL PASO, TX 79998 |
| 5889110 | BANK OF AMERICA | PO BOX 15026 | WILMINGTON, DE19886 | |
| 5889111 | BANK OF AMERICA | RETAIL LOAN SERVICES | P.O. BOX 2759 | JACKSONVILLE, FL 32203 |
| 5889112 | CAPITAL ONE BANK | P.O. BOX 30285 | SALT LAKE CITY, UT 84130 | |
| 5889113 | CAPITAL ONE SERVICES, INC. | 1957 WESTMORELAND ROAD | RICHMOND, VA 23276 | |
| 5889114 | CHASE | 800 BROOKSEDGE BLVD. | WESTERVILLE, OH 43081 | |
| 5889115 | CHASE | PO BOX 15298 | WILMINGTON, DE 19850 | |
| 5889116 | CHASE MANHATTAN BANK | 900 STEWART AVENUE | GARDEN CITY, NY 11530 | |
| 5889117 | CITIBANK | 1000 TECHNOLOGY DR | O FALLON, MO 63368 | |
| 5889118 | CITIBANK | 701 E. 60TH STREET N. | SIOUX FALLS, SD 57104 | |
| 5889119 | CITIBANK | PO BOX 6241 | SIOUX FALLS, SD 57117 | |
| 5889122 | CITIBANK | PO BOX 6248 | SIOUX FALLS, SD 57117 | |
| 5889120 | CITIBANK | PO BOX 6500 | SIOUX FALLS, SD 57117 | |
| 5889123 | CITIBANK | PO BOX 769004 | SAN ANTONIO, TX 78245 | |
| 5889121 | CITIBANK | PO BOX 769006 | SAN ANTONIO, TX 782445 | |
| 5889124 | CITIBANK BANKRUPTCY | 7920 NW 110TH STREET | KANSAS CITY, MO 64153 | |
| 5889125 | CITIBANK CHECKING PLUS | US SERVICE CENTER | PO BOX 790114 | ST. LOUIS, MO 63179 |
| 5889126 | DISCOVER CARD | PO BOX 30943 | SALT LAKE CITY, UT 84130 | |
| 5889127 | DISCOVER FINANCIAL SERV. | ATTN: BANKRUPTCY DEPT. | PO BOX 8003 | HILLIARD, OH 43026 |
| 5889128 | EXXONMOBILCITIBANK | PO BOX 6497 | SIOUX FALLS, SD 57117 | |
| 5889129 | GE MONEY BANK | BANKRUPTCY DEPT. | PO BOX 10314 | ROSWELL, GA 30076 |
| 5889130 | GE MONEY BANK | BANKRUPTCY DEPT. | PO BOX 10314 | ROSWELL, GA 30076 |
| 5889131 | GE MONEY BANK | PO BOX 981127 | EL PASO, TX 79998 | |
| 5889132 | GE MONEY BANK / GAP DC | PO BOX 965005 | ORLANDO, FL 32896 | |
| 5889133 | GECRB/ PC RICHARD | C/O PO BOX 965306 | ORLANDO, FL 32896 | |
| 5889134 | HSBC    CARD SERVICES. | PO BOX 81622 | SALINAS, CA 93912 | |
| 5889135 | HSBC BANK | PO BOX 5268 | CAROL STREAM IL 60197 | |
| 5889136 | HSBC NEVADA | PO BOX 5253 | CAROL STREAMS, IL 60197 | |
| 5889137 | JP MORGANCHASELEGAL | 1985 MARCUS AVENUE | NEW HYDE PARK, NY 11042 | |
| 5889138 | MACYS | 9111 DUKE BLVD. | MASON, OH 45040 | |
| 5889139 | MOBIL | PO BOX 103141 | ROSWELL, GA 30076 | |
| 5889140 | NISSAN MOTOR ACCEPTANCE CORP. | PO BOX 660360 | DALLAS, TX 75266 | |
| 5889141 | PC RICHARDS | GE MONEY BANK | PO BOX 981438 | EL PASO, TX 79998 |
| 5889142 | SALLIEMAE SERVICING | PO BOX 9500 | WILKES−BARRE, PA 18773 | |
| 5889143 | SEARS ROEBUCK &CO. | PO BOX 6283 | SIOUX FALLS, SD 57117 | |
| 5889144 | SHELL CREDIT CARD CNTR | PO BOX 689151 | DES MOINES, IA 50368 | |
| 5889145 | SHELL/CITIBANK SD | PO BOX 6497 | SIOUX FALLS, SD 57117 | |
| 5889146 | WFNNB | BANKRUPTCY DEPARTMENT | PO BOX 182125 | COLUMBUS, OH 43218 |

TOTAL: 43