LAW OFFICES OF

# R**OBERT** L. G**ELTZER**

1556 THIRD AVENUE
NEW YORK, NEW YORK 10128
(212) 410-0100

____

FACSIMILE (212) 410-0400

December 6, 2012

Gemma Philbert
United States Bankruptcy Court
Southern District of New York
One Bowling Green
New York, NY  10004-1408

     **Re:**    **Gioia F. Calisi - Case No. 12-12691 (BRL)**

Dear Gemma:

     With respect to the above case, please be advised that there appears to be sufficient assets for distribution to creditors.  Thus, I would appreciate it if you would provide me with a Bar Date by which claims must be filed and notify all creditors accordingly.

     As always, I thank you for your courtesy and attention to this matter.  With kind regards, I remain

                             Sincerely,

                             /s/ Robert L. Geltzer

                             Robert L. Geltzer

RLG:ayh

C:\WPDIRS\BANKFORM\BARDATE.LTR