**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
One Bowling Green
New York, NY 10004–1408

| | |
|---|---|
| IN RE: Gioia F Calisi | CASE NO.: 12–12691–brl |
| Social Security/Taxpayer ID/Employer ID/Other Nos.: xxx–xx–3676 | CHAPTER: 7 |
| | TRUSTEE: |
| | Robert L. Geltzer<br>The Law Offices of Robert L. Geltzer<br>1556 Third Avenue<br>Suite 505<br>New York, NY 10128 |
| | Telephone: (212) 410–0100 |

## NOTICE OF POSSIBLE PAYMENT OF DIVIDENDS
## AND OF LAST DATE TO FILE CLAIMS

To the creditors of the above named debtor:

As a result of the administration of the debtor's estate, a dividend to creditors now appears possible.

You are hereby advised of the opportunity to file a claim in order to share in any distribution.

A creditor must file a PROOF OF CLAIM whether or not the debt is included in the list of creditors filed by the debtor.

The PROOF OF CLAIM must be filed on or before March 6, 2013 .

Please take further notice that if you have a PROOF OF CLAIM on file or one has been filed on your behalf, do not file again.

All PROOFS OF CLAIM for the above named debtor, are to be filed with the court at the above address.

A Proof of Claim form has not been included with this notice. Proof of Claim forms are available online at www.uscourts.gov and on the court's website, www.nysb.uscourts.gov.

Dated: December 6, 2012                                    Vito Genna
                                                          Clerk of the Court

United States Bankruptcy Court
Southern District of New York

In re:                                                                  Case No. 12-12691-brl
Gioia F Calisi                                                          Chapter 7
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0208-1          User: mlopez                 Page 1 of 3           Date Rcvd: Dec 06, 2012
                              Form ID: pdn                 Total Noticed: 46

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 08, 2012.
```
db          +Gioia F Calisi,    1871 Matthew Avenue,    Bronx, NY 10462-3610
tr          +Robert L. Geltzer,    The Law Offices of Robert L. Geltzer,    1556 Third Avenue,   Suite 505,
              New York, NY 10128-3100
smg          N.Y. State Unemployment Insurance Fund,    P.O. Box 551,    Albany, NY 12201-0551
smg          New York City Dept. Of Finance,    345 Adams Street, 3rd Floor,
              Attn: Legal Affairs - Devora Cohn,    Brooklyn, NY 11201-3719
smg          New York State Tax Commission,    Bankruptcy/Special Procedures Section,    P.O. Box 5300,
              Albany, NY 12205-0300
smg         +United States Attorney's Office,    Southern District of New York,
              Attention: Tax & Bankruptcy Unit,    86 Chambers Street, Third Floor,    New York, NY 10007-1825
ust         +United States Trustee,    33 Whitehall Street,    21st Floor,   New York, NY 10004-2122
5889107     +AES/ NATIONAL COLLEGIATE,    PO BOX 2641,    HARRISBURG, PA 17105-2641
5889117     +CITIBANK,    1000 TECHNOLOGY DR,    O FALLON, MO 63368-2239
5889123     +CITIBANK,   PO BOX 769004,    SAN ANTONIO, TX 78245-9004
5889125     +CITIBANK CHECKING PLUS,    US SERVICE CENTER,    PO BOX 790114,    ST. LOUIS, MO 63179-0114
5889135     +HSBC BANK,    PO BOX 5268,    CAROL STREAM IL 60197-5268
5889139      MOBIL,    PO BOX 103141,    ROSWELL, GA 30076
5889140     +NISSAN MOTOR ACCEPTANCE CORP.,    PO BOX 660360,    DALLAS, TX 75266-0360
5889144     +SHELL CREDIT CARD CNTR,    PO BOX 689151,    DES MOINES, IA 50368-9151
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
5889108     +EDI: AMEREXPR.COM Dec 06 2012 19:28:00     AMERICAN EXPRESS,    CUSTOMER SERVICE,    PO BOX 981535,
              EL PASO, TX 79998-1535
5889109     +EDI: AMEREXPR.COM Dec 06 2012 19:28:00     AMERICAN EXPRESS,    CUSTOMER SERVICE,    PO BOX 981540,
              EL PASO, TX 79998-1540
5889111     +EDI: BANKAMER.COM Dec 06 2012 19:28:00     BANK OF AMERICA,    RETAIL LOAN SERVICES,
              P.O. BOX 2759,    JACKSONVILLE, FL 32203-2759
5889110     +EDI: BANKAMER.COM Dec 06 2012 19:28:00     BANK OF AMERICA,    PO BOX 15026,
              WILMINGTON, DE 19886-5026
5889112     +EDI: CAPITALONE.COM Dec 06 2012 19:28:00     CAPITAL ONE BANK,    P.O. BOX 30285,
              SALT LAKE CITY, UT 84130-0285
5889113     +EDI: CAPITALONE.COM Dec 06 2012 19:28:00     CAPITAL ONE SERVICES, INC.,    1957 WESTMORELAND ROAD,
              RICHMOND, VA 23276-0001
5889115     +EDI: CHASE.COM Dec 06 2012 19:28:00     CHASE,    PO BOX 15298,    WILMINGTON, DE 19850-5298
5889114     +EDI: CHASE.COM Dec 06 2012 19:28:00     CHASE,    800 BROOKSEDGE BLVD.,
              WESTERVILLE, OH 43081-2822
5889116     +EDI: CAUT.COM Dec 06 2012 19:28:00     CHASE MANHATTAN BANK,    900 STEWART AVENUE,
              GARDEN CITY, NY 11530-4891
5889118     +EDI: CITICORP.COM Dec 06 2012 19:28:00     CITIBANK,    701 E. 60TH STREET N.,
              SIOUX FALLS, SD 57104-0493
5889121     +EDI: CITICORP.COM Dec 06 2012 19:28:00     CITIBANK,    PO BOX 769006,
              SAN ANTONIO, TX 78245-9006
5889120     +EDI: CITICORP.COM Dec 06 2012 19:28:00     CITIBANK,    PO BOX 6500,    SIOUX FALLS, SD 57117-6500
5889119     +EDI: CITICORP.COM Dec 06 2012 19:28:00     CITIBANK,    PO BOX 6241,    SIOUX FALLS, SD 57117-6241
5889122     +EDI: CITICORP.COM Dec 06 2012 19:28:00     CITIBANK,    PO BOX 6248,    SIOUX FALLS, SD 57117-6248
5889124     +EDI: CITICORP.COM Dec 06 2012 19:28:00     CITIBANK BANKRUPTCY,    7920 NW 110TH STREET,
              KANSAS CITY, MO 64153-1270
5889126      EDI: DISCOVER.COM Dec 06 2012 19:28:00     DISCOVER CARD,    PO BOX 30943,
              SALT LAKE CITY, UT 84130
5889127      EDI: DISCOVER.COM Dec 06 2012 19:28:00     DISCOVER FINANCIAL SERV.,    ATTN: BANKRUPTCY DEPT.,
              PO BOX 8003,    HILLIARD, OH 43026
5889128     +EDI: CITICORP.COM Dec 06 2012 19:28:00     EXXONMOBILCITIBANK,    PO BOX 6497,
              SIOUX FALLS, SD 57117-6497
5889131     +EDI: RMSC.COM Dec 06 2012 19:28:00     GE MONEY BANK,    PO BOX 981127,    EL PASO, TX 79998-1127
5889129      EDI: RMSC.COM Dec 06 2012 19:28:00     GE MONEY BANK,    BANKRUPTCY DEPT.,    PO BOX 10314,
              ROSWELL, GA 30076
5889132     +EDI: RMSC.COM Dec 06 2012 19:28:00     GE MONEY BANK / GAP DC,    PO BOX 965005,
              ORLANDO, FL 32896-5005
5889133     +EDI: RMSC.COM Dec 06 2012 19:28:00     GECRB/ PC RICHARD,    C/O PO BOX 965306,
              ORLANDO, FL 32896-0001
5889134     +EDI: HFC.COM Dec 06 2012 19:28:00     HSBC,    CARD SERVICES.,    PO BOX 81622,
              SALINAS, CA 93912-1622
5889136     +EDI: HFC.COM Dec 06 2012 19:28:00     HSBC NEVADA,    PO BOX 5253,    CAROL STREAMS, IL 60197-5253
5889137     +EDI: CHASE.COM Dec 06 2012 19:28:00     JP MORGANCHASELEGAL,    1985 MARCUS AVENUE,
              NEW HYDE PARK, NY 11042-2008
5889138     +EDI: TSYS2.COM Dec 06 2012 19:28:00     MACYS,    9111 DUKE BLVD.,    MASON, OH 45040-8999
5889141     +EDI: RMSC.COM Dec 06 2012 19:28:00     PC RICHARDS,    GE MONEY BANK,    PO BOX 981438,
              EL PASO, TX 79998-1438
5889142     +EDI: SALMAESERVICING.COM Dec 06 2012 19:28:00     SALLIEMAE SERVICING,    PO BOX 9500,
              WILKES-BARRE, PA 18773-9500
5889143     +EDI: SEARS.COM Dec 06 2012 19:28:00     SEARS ROEBUCK & CO.,    PO BOX 6283,
              SIOUX FALLS, SD 57117-6283
5889145     +EDI: CITICORP.COM Dec 06 2012 19:28:00     SHELL/CITIBANK SD,    PO BOX 6497,
              SIOUX FALLS, SD 57117-6497
```

```
District/off: 0208-1          User: mlopez              Page 2 of 3              Date Rcvd: Dec 06, 2012
                              Form ID: pdn              Total Noticed: 46
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)
```
5889146      +EDI: WFNNB.COM Dec 06 2012 19:28:00     WFNNB,   BANKRUPTCY DEPARTMENT,    PO BOX 182125,
              COLUMBUS, OH 43218-2125
                                                                                              TOTAL: 31

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty*         +Robert L. Geltzer,   The Law Offices of Robert L. Geltzer,   1556 Third Avenue,   Suite 505,
              New York, NY 10128-3100
5889130*      GE MONEY BANK,   BANKRUPTCY DEPT.,   PO BOX 10314,   ROSWELL, GA 30076
                                                                                    TOTALS: 0, * 2, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Dec 08, 2012**                    **Signature:**    _Joseph Speetjens_

```
District/off: 0208-1           User: mlopez                 Page 3 of 3                   Date Rcvd: Dec 06, 2012
                               Form ID: pdn                 Total Noticed: 46
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 6, 2012 at the address(es) listed below:
          David J. Babel    on behalf of Debtor Gioia Calisi davidjbabel@babelslaw.com,
           ECF@babelslaw.com;jeannine@gochelaw.com;steve@babelslaw.com;nico@babelslaw.com;bkecf_babel@bkexpress.info
          Robert L. Geltzer    rgeltzer@epitrustee.com,
           rgeltzerso@ecf.epiqsystems.com;mbruh@geltzerlaw.com;kborut@geltzerlaw.com
                                                                                          TOTAL: 2