UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
In re                                                              **Chapter 7**

    **GIOIA F. CALISI,**                          **Case No. 12-12691 (BRL)**

                      Debtor.
------------------------------------------------------------x

STATE OF NEW YORK       )
                            ) ss.:
COUNTY OF NEW YORK   )

    I, Audilyn Heywood, being duly sworn, say:

    I am not a party to this action, am over 18 years of age and reside at 5 Paerdegat 7th Street, Brooklyn, New York 11236.

    On December 7, 2012, I served the within **Motion of Chapter 7 Trustee for Entry of an Order Pursuant to 11 U.S.C. §§541 and 542, and Federal Rules of Bankruptcy Procedure 7001, 9006, 9013 and 9014 to Turn Over Property and Notice thereof** by depositing a true copy thereof enclosed in a post-paid wrapper, into an official depository in New York City and State, under the exclusive care and custody of the U.S. Postal Service, addressed to each of the following persons at the last known address set forth after each name, which includes all creditors and other interested parties:

**SEE ATTACHED LIST**

                                      /s/ Audilyn Heywood
                                      Audilyn Heywood

Sworn to before me this
7th day of December, 2012.

/s/ Robert L. Geltzer
      Notary Public

      ROBERT L. GELTZER
  Notary Public, State of New York
        No. 02GE1400580
    Qualified in New York County
  Commission Expires May 31, 2015

C:\WPDIRS\BANK.PLE\NOTICE-OF-MOTION-TURNOVER.AFF

Office of the United States Trustee
Southern District of New York
33 Whitehall Street, 21st Floor
New York, NY  10004

Luigi Izzo, Esq.
Faga Savino, LLP
Personal Injury Attorneys
399 Knollwood Road
White Plains, NY  10603

David J. Babel, Esq.
Attorney for Debtor
2525 Eastchester Road
Bronx, NY  10469

Gioia F. Calisi
1871 Matthew Avenue
Bronx, NY  10462