UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------

| | |
|---|---|
| In Re: | Chapter 7 |
| **GIOIA F. CALISI,** | Case No. 12-12691 (BRL) |
| Debtor. | |

------------------------------------------------------------

## ORDER TO TURN OVER PERSONAL INJURY FILE AND REMOVE ATTORNEY

Upon the hearing ("the Hearing") of ROBERT L. GELTZER, held before this Court on January 23, 2013, on the motion (the "Motion") of Robert L. Geltzer, Chapter 7 trustee (the "Trustee") of Gioia F. Calisi, the debtor (the "Debtor"), dated December 7, 2012, by his counsel the Law Offices of Robert L. Geltzer, for the entry of an Order pursuant 11 U.S.C. §§541 and 542, and Federal Rules of Bankruptcy Procedure 7001, 9006 and 9014 to turn over personal injury file, and it appearing that good and sufficient notice of the Motion having been given to pre-petition personal injury attorney, Luigi Izzo, Esq., Gioia F. Calisi, Debtor, David J. Babel, Esq., counsel for Debtor, and good and sufficient cause appearing therefor, and no adverse interest appearing, it is

ORDERED, that Luigi Izzo, Esq. turn over the entire, original personal injury file of the Debtor to the Trustee within ten (10) days of the date of this Order.

Dated: New York, New York
January 23, 2013

/s/Burton R. Lifland_____
UNITED STATES BANKRUPTCY JUDGE