UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
In re                                                                        **Chapter 7**

    **GIOIA F. CALISI,**                                **Case No. 12-12691 (BRL)**

                    Debtor.
-----------------------------------------------------------x

STATE OF NEW YORK    )
                            ) ss.:
COUNTY OF NEW YORK )

    I, Audilyn Heywood, being duly sworn, say:

    I am not a party to this action, am over 18 years of age and reside at 5 Paerdegat 7th Street, Brooklyn, New York 11236.

    On April 16, 2013, I served the within **Notice of Trustee's Intent to Abandon Property** by depositing a true copy thereof enclosed in a post-paid wrapper, into an official depository in New York City and State, under the exclusive care and custody of the U.S. Postal Service, addressed to each of the following persons at the last known address set forth after each name:

    **SEE ATTACHED LIST WHICH INCLUDES ALL CREDITORS AND OTHER INTERESTED PARTIES**

                         /s/ Audilyn Heywood
                         Audilyn Heywood

Sworn to before me this
16th day of April, 2013.

/s/ Robert L. Geltzer
    Notary Public

    ROBERT L. GELTZER
  Notary Public, State of New York
      No. 02GE1400580
   Qualified in New York County
  Commission Expires May 31, 2015

C:\WPDIRS\BANK.PLE\ABANDON.AOS