| | | |
|---|---|---|
| AES/ NATIONAL COLLEGIATE<br>PO BOX 2641<br>HARRISBURG, PA 17105-2641 | AMERICAN EXPRESS<br>CUSTOMER SERVICE<br>PO BOX 981535<br>EL PASO, TX 79998-1535 | AMERICAN EXPRESS<br>CUSTOMER SERVICE<br>PO BOX 981540<br>EL PASO, TX 79998-1540 |
| American Express Centurion Bank<br>c/o Becket and Lee LLP<br>POB 3001<br>Malvern  PA 19355-0701 | BANK OF AMERICA<br>PO BOX 15026<br>WILMINGTON, DE 19886-5026 | BANK OF AMERICA<br>RETAIL LOAN SERVICES<br>P.O. BOX 2759<br>JACKSONVILLE, FL 32203-2759 |
| CAPITAL ONE BANK<br>P.O. BOX 30285<br>SALT LAKE CITY, UT 84130-0285 | CAPITAL ONE SERVICES, INC.<br>1957 WESTMORELAND ROAD<br>RICHMOND, VA 23276-0001 | CHASE<br>800 BROOKSEDGE BLVD.<br>WESTERVILLE, OH 43081-2822 |
| CHASE<br>PO BOX 15298<br>WILMINGTON, DE 19850-5298 | CHASE MANHATTAN BANK<br>900 STEWART AVENUE<br>GARDEN CITY, NY 11530-4891 | CITIBANK<br>1000 TECHNOLOGY DR<br>O FALLON, MO 63368-2239 |
| CITIBANK<br>701 E. 60TH STREET N.<br>SIOUX FALLS, SD 57104-0493 | CITIBANK<br>PO BOX 6241<br>SIOUX FALLS, SD 57117-6241 | CITIBANK<br>PO BOX 6248<br>SIOUX FALLS, SD 57117-6248 |
| CITIBANK<br>PO BOX 769004<br>SAN ANTONIO, TX 78245-9004 | CITIBANK<br>PO BOX 769006<br>SAN ANTONIO, TX 78245-9006 | CITIBANK BANKRUPTCY<br>7920 NW 110TH STREET<br>KANSAS CITY, MO 64153-1270 |
| CITIBANK CHECKING PLUS<br>US SERVICE CENTER<br>PO BOX 790114<br>ST. LOUIS, MO 63179-0114 | David J. Babel<br>2525 Eastchester Road<br>Bronx, NY 10469-5901 | Discover Bank<br>DB Servicing Corporation<br>PO Box 3025<br>New Albany, OH  43054-3025 |
| DISCOVER FINANCIAL SERVICES LLC<br>PO BOX 3025<br>NEW ALBANY OH 43054-3025 | EXXONMOBILCITIBANK<br>PO BOX 6497<br>SIOUX FALLS, SD 57117-6497 | GE Capital Retail Bank<br>c/o Recovery Management Systems Corp<br>25 SE 2nd Ave Suite 1120<br>Miami FL 33131-1605 |
| GE MONEY BANK<br>BANKRUPTCY DEPT.<br>PO BOX 10314<br>ROSWELL, GA 30076 | GE MONEY BANK<br>PO BOX 981127<br>EL PASO, TX 79998-1127 | GE MONEY BANK / GAP DC<br>PO BOX 965005<br>ORLANDO, FL 32896-5005 |
| GECRB/ PC RICHARD<br>C/O PO BOX 965306<br>ORLANDO, FL 32896-0001 | GIOIA F. CALISI<br>1871 Matthew Avenue<br>Bronx, NY 10462 | HSBC<br>CARD SERVICES.<br>PO BOX 81622<br>SALINAS, CA 93912-1622 |

| | | |
|---|---|---|
| HSBC BANK<br>PO BOX 5268<br>CAROL STREAM IL 60197-5268 | HSBC NEVADA<br>PO BOX 5253<br>CAROL STREAMS, IL 60197-5253 | JP MORGANCHASELEGAL<br>1985 MARCUS AVENUE<br>NEW HYDE PARK, NY 11042-2008 |
| LUIGI IZZO, ESQ.<br>Faga Savino, LLP<br>399 Knollwood Road<br>White Plains, NY 10603 | MACYS<br>9111 DUKE BLVD.<br>MASON, OH 45040-8999 | Manhattan Division<br>One Bowling Green<br>New York, NY 10004-1415 |
| MOBIL<br>PO BOX 103141<br>ROSWELL, GA 30076 | NISSAN MOTOR ACCEPTANCE CORP.<br>PO BOX 660360<br>DALLAS, TX 75266-0360 | PC RICHARDS<br>GE MONEY BANK<br>PO BOX 981438<br>EL PASO, TX 79998-1438 |
| Portfolio Investments II LLC<br>c/o Recovery Management Systems Corp<br>25 S.E. 2nd Avenue, Suite 1120<br>Miami, Florida 33131-1605 | PYOD, LLC, its successors of Citibank, N.A.<br>Resurgent Capital Services<br>PO Box 19008<br>Greenville, SC 29602-9008 | Sallie Mae<br>c/o Sallie Mae Inc.<br>220 Lasley Ave.<br>Wilkes-Barre, PA 18706-1496 |
| Sallie Mae Inc, On Behalf of The<br>Department of Education<br>DOE<br>P.O. Box 740351<br>Atlanta, GA 30374-0351 | SALLIEMAE SERVICING<br>PO BOX 9500<br>WILKES-BARRE, PA 18773-9500 | SEARS ROEBUCK & CO.<br>PO BOX 6283<br>SIOUX FALLS, SD 57117-6283 |
| SHELDON J. TASHMAN, ESQ.<br>3 W. 35th Street<br>New York, NY 10001 | SHELL CREDIT CARD CNTR<br>PO BOX 689151<br>DES MOINES, IA 50368-9151 | SHELL/CITIBANK SD<br>PO BOX 6497<br>SIOUX FALLS, SD 57117-6497 |
| United States Trustee<br>33 Whitehall Street<br>21st Floor<br>New York, NY 10004-2122 | WFNNB<br>BANKRUPTCY DEPARTMENT<br>PO BOX 182125<br>COLUMBUS, OH 43218-2125 | |