Form 210B (10/06)

# United States Bankruptcy Court
## Southern District Of New York

In re: Gioia F. Calisi                               Case No. 12-12691 (BRL)

**NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY**

Claim No. 7 was filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on April 19, 2013.

**Name of Alleged Transferor:**

GE Money Bank/ GE Capital Retail Bank

**Address of Alleged Transferor:**

Capital Recovery V, LLC
c/o Recovery Management Systems Corporation
25 SE 2nd Avenue Suite 1120
Miami FL 33131-1605

**Name of Transferee:**

Capital Recovery V, LLC

**Address of Transferee:**

Capital Recovery V, LLC
c/o Recovery Management Systems Corporation
25 SE 2nd Avenue Suite 1120
Miami FL 33131-1605

~~DEADLINE TO OBJECT TO TRANSFER~~

The alleged transferor of the claim is hereby notified that objections must be filed with the court within twenty (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: April 24, 2013                               /S/ Vito Genna
                                                   **CLERK OF THE COURT**