**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
**One Bowling Green**
**New York, NY 10004–1408**

---

IN RE: Gioia F Calisi                                              CASE NO.: 12–12691–brl

Social Security/Taxpayer ID/Employer ID/Other Nos.:   CHAPTER: 7
xxx–xx–3676

---

# ORDER OF FINAL DECREE

The estate of the above named debtor has been fully administered.

IT IS ORDERED THAT:

Robert L. Geltzer is discharged as trustee of the estate and the chapter 7 case of the above named debtor(s) is closed.

Dated: May 29, 2013

                                    Burton R. Lifland, Bankruptcy Judge

United States Bankruptcy Court
Southern District of New York

In re:                                                           Case No. 12-12691-brl
Gioia F Calisi                                                   Chapter 7
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0208-1            User: mlopez              Page 1 of 2              Date Rcvd: May 29, 2013
                                Form ID: 149              Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 31, 2013.
db         +Gioia F Calisi,    1871 Matthew Avenue,    Bronx, NY 10462-3610
ust        +United States Trustee,    33 Whitehall Street,    21st Floor,   New York, NY 10004-2122

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: May 31, 2013**                **Signature:**    _Joseph Speetjens_

```
District/off: 0208-1           User: mlopez                  Page 2 of 2                  Date Rcvd: May 29, 2013
                               Form ID: 149                  Total Noticed: 2
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 29, 2013 at the address(es) listed below:
         David J. Babel    on behalf of Debtor Gioia F Calisi davidjbabel@babelslaw.com,
         ECF@babelslaw.com;jeannine@gochelaw.com;nico@babelslaw.com;bkecf_babel@bkexpress.info
         Robert L. Geltzer    rgeltzer@epitrustee.com, rgeltzerso@ecf.epiqsystems.com;mbruh@geltzerlaw.com
         TOTAL: 2